J. P. Streuber and Wm. M. P. Smith, for appellants. Wm. P. Boynton, for appellee.
Per curiam.

---

**The People of the State of Illinois ex rel. Florence E. Elam, appellee, v. George Stanbery, appellant.**
Appeal from finding in bastardy proceeding affirmed for lack of sufficient abstract by appellant and for lack of reversible error. Appeal from the Circuit Court of Bond county; the Hon. Silas Cook, Judge, presiding. Heard in this court at the October term, 1926. Affirmed. Opinion filed February 19, 1927.
F. M. Guinn, Brown & Burnside and Robt. E. Wright, for appellant.
J. H. Allio, State's Attorney, and Albert, Webb & Albert, for appellee.
Per curiam.

---

**The People of the State of Illinois, defendant in error, v. James Ogg, plaintiff in error.**
Conviction and sentence for violation of Prohibition Act. Error to the County Court of Marion county; the Hon. W. G. Wilson, Judge, presiding. Heard in this court at the March term, 1927. Affirmed. Opinion filed April 15, 1927.
Charles H. Holt, for plaintiff in error. C. F. Dew, for defendant in error.
Mr. Presiding Justice Barry delivered the opinion of the court.

---

**The People of the State of Illinois, defendant in error, v. Dick Norman, plaintiff in error.**
Conviction and sentence for violating Prohibition Act. Error to the County Court of Saline county; the Hon. John W. Browning, Judge, presiding. Heard in this court at the March term, 1927. Affirmed. Opinion filed April 15, 1927.
Alpheus Gustin, for plaintiff in error. C. T. Flota, for defendant in error.
Mr. Presiding Justice Barry delivered the opinion of the court.

---

**Eldorado Wholesale Corporation, appellee, v. John Terzis et al., appellants.**
Suit for goods sold. Judgment for plaintiff. Appeal from the Circuit Court of Saline county; the Hon. A. E. Somers, Judge, presiding. Heard in this court at the March term, 1927. Affirmed. Opinion filed April 15, 1927.
K. C. Ronalds, for appellants. Summers & Summers, for appellee.
Mr. Presiding Justice Barry delivered the opinion of the court.

---

**Paul Albrecht, appellant, v. Omphgent Township and Christ Bunte, appellees.**
Action for damages from defective bridge. Judgment for defendant. Appeal from the Circuit Court of Madison county; the Hon. H. F. Gillham, Judge, presiding. Heard in this court at the February term, 1925. Affirmed. Opinion filed April 15, 1927.
R. F. Tunnell, for appellant. Terry, Gueltig & Powell, for appellees.
Mr. Presiding Justice Barry delivered the opinion of the court.